IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHAN BROWN, #282959, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:12cv443-WHA |
| | ) |
| QUALITY CORRECTIONAL | ) |
| HEALTHCARE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #10), entered on June 6, 2012, the court ADOPTS the Recommendation, and it is hereby ORDERED as follows:

1. Plaintiff's claims against the Montgomery County Detention Facility are DISMISSED with prejudice in accordance with 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Montgomery County Detention Facility is DISMISSED as a Defendant in this action.

3. This case with respect to the Plaintiff's claims against the remaining Defendants is referred back to the Magistrate Judge for further proceedings.

DONE this 27th day of June, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE