IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHAN BROWN #282959, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:12cv-443-WHA |
| QUALITY CORRECTIONAL HEALTHCARE, INC., et al., | ) (WO) |
| Defendants. | ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #25), entered on June 3, 2014, the Recommendation is ADOPTED, and it is hereby

ORDERED that the Defendants' Motion for Summary Judgment is GRANTED, judgment will be entered in favor of the Defendants, and this case is DISMISSED with prejudice. No costs are taxed.

DONE this 26th day of June, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE